UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: August 31, 1999

**CIVIL NO. 98-1327 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

=====================================================================

| | |
|---|---|
| ENCARNACION RIOS, et al.<br>    Plaintiff<br>        v.<br>MARVIN T. RUNYON, POSTMASTER, et al.<br>    Defendants | <u>Attorneys</u>: Marcos Bals<br><br><br>Fidel A. Sevillano |

=====================================================================

SETTLEMENT CONFERENCE was held today. Counsel advised the Court that a critical deposition in this case was taken a few days ago and another is still pending. Further, plaintiff does not know at this time the availability of an announced witness because of a recent heart intervention. Settlement was not reached.

The Court grants the parties **60 days** to finalize discovery, that is, until **October 31, 1999**. Defendant is granted until **November 15, 1999**, to present **dispositive motions**. FINAL FURTHER SETTLEMENT CONFERENCE is scheduled for Wednesday, **December 8, 1999, at 4:30 p.m.** The parties are to be ready to see the case 60 days thereafter.

All deadlines are final. No extensions shall be granted.

_____
LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-1327.MEM