UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Encarnación Ríos et al_     CIVIL NO. _98-1327_ (DRD)

v.

Defendant(s) _William Henderson et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _25_ | ☒ GRANTED. |
| Date: _Nov 19 / 1999_ | ☐ DENIED. |
| Title: _Motion for enlargement of time to file dispositive motion_ | ☐ MOOT. |
| | ☐ NOTED. |
| Defendant is granted until November 30, 1999 to serve dispositive motion upon the opposing party. Defendant is reminded of the procedure for filing dispositive motions as set forth in the Court's standing order of Octo- | _ber 14, 1999 (Docket No. 74)_. It is so ordered. |

Date: _11 / 16 / 99_

_[signature]_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED 99 NOV 19 AM 7:46 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

26