UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: December 8, 1999

**CIVIL NO. 98-1327 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===========================================================

| ENCARNACION RIOS et al | Attorneys: | Marcos Valls Sánchez |
| Plaintiff | | |
| v. | | |
| WILLIAM HENDERSON, et al | | Fidel Sevillano Del Río |
| Defendants | | |

===========================================================

SETTLEMENT CONFERENCE was held today and counsel advised the Court that settlement has not yet been reached. The Court advises the parties to seriously continue exploring the possibility of settlement.

Defendants' motion for summary judgment, Docket No. 27, is ordered to be returned to the United States to follow proper filing procedures pursuant to the Court's Initial Scheduling Order. See Docket No. 14.

Plaintiff is granted until January 31, 2000, to file opposition to Defendants' motion for summary judgment. Defendant is granted until February 15, 2000, to file reply to plaintiff's opposition. Plaintiff is then granted until February 25, 2000, to file sur-reply.

A **Final Settlement Conference** is set for **Friday March 17, 2000 at 4:00 p.m.**

*[signature]*
LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-1327b MEM