UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Encarnación Ríos et al_        CIVIL NO. _98-1327_ (DRD)

v.

Defendant(s) _Marvin T Runyon et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _31_ | ☒ GRANTED. |
| Date: _Feb 16, 2000_ | ☐ DENIED. |
| Title: _Defendants' motion for brief enlargement_ | ☒ MOOT. |
| | ☐ NOTED. |
| _See Docket No. 30._ | |

RECEIVED AND FILED
00 MAR -7 AM 8:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

Date: _03/06/2000_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

37