UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Encarnación Rios_          CIVIL NO. _98-1327_ (DRD)

v.

Defendant(s) _Marvin J. Runyon_

| MOTION | ORDER |
|---|---|
| Docket entry no. _33_ | ☒ GRANTED. |
| Date: _Feb 25, 2000_ | ☐ DENIED. |
| Title: _Motion Requesting Extension of Time_ | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 MAR -7 AM 8:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: _03_ /_06_/_2000_.

_[signature]_
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE