IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| RIOS, | * | CIVIL NO. 98-1327(DRD) |
| Plaintiff, | * | |
| v | * | |
| HENDERSON, | * | |
| Defendant. | * | |
| | * | |

**ORDER**

By order of the court, this case is transferred to Judge Jay Garcia Gregory for further proceedings.

IT IS SO ORDERED.

At San Juan, P.R., this 24 day of July, 2000.

*[signature]*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)