UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                        DATE: APRIL 18, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                CASE NO. 98-1327 (JAG)
=================================================================
ENCARNACION RIOS ET ALS                          Attorneys:

       VS
WILLIAM HENDERSON ET ALS

=================================================================

By Order of the Court the above-mentioned case is hereby set for a settlement conference on MONDAY, APRIL 30, 2001 AT 3:00 PM. before Judge Garcia-Gregory.  Principals to be available.

Parties to be notified.


_____
Lily Alicea-Courtroom Deputy

