UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                         DATE: APRIL 30, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**               CIVIL 98-1327 (JAG)

==================================================================

ENCARNACION RIOS                           Attorneys: MARCOS VALLS

      VS

WILLIAM HENDERSON                          FIDEL SEVILLANO
                                           KEVIN LEVINE (BY TELEPHONE)

---

Case called for settlement conference. Plaintiff made a settlement demand of $150,000 which is not accepted by defendant.

Defendant indicates that plaintiff does not have any expert witness he only has plaintiff to testify as to her damages.

Plaintiff's attorney requests permission to use the treating physician that took care of plaintiff as a witness. Defendant strongly opposes.

Court wants plaintiff to file the motion in writing within 15 days and defendant has 15 days to answer.

This motion and the motion for summary judgment will be referred to the magistrate for Report and Recommendation.

Parties to be notified.

                                                    Lily Alicea-Courtroom Deputy

