IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENCARNACION RIOS,

    Plaintiff(s)

    v.                          CIVIL NO. 98-1327 (JAG)

JOHN E. POTTER, POSTMASTER
GENERAL OF THE U.S. POSTAL
SERVICE, et al.,

    Defendant(s)

---

**JUDGMENT**

Upon the Stipulation for Compromise Settlement (Docket No. 45) and pursuant to the terms and conditions agreed therein by the parties, this case is dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of November, 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge

